No. 405. CRANCER ET AL. *v.* UNITED STATES ET AL.

 Decided November 7, 1938. *Per Curiam:* The decree is affirmed. *Hooker* v. *Knapp,* 225 U. S. 302; *Standard Oil Co.* v. *United States,* 283 U. S. 235, 238; *Interstate Commerce Comm'n* v. *United States ex rel. Campbell,* 289 U. S. 385, 388; *United States* v. *Griffin,* 303 U. S. 226, 233, 234. *Mr. Luther Ely Smith* for appellants. *Attorney General Cummings* and *Mr. Daniel W. Knowlton* for appellees.